PD-0360&0361&0362-15

Cause No's
02-12-00072CR
02-12-00073CR      vs   State of Texas
02-12-00074CR


Motion To Have Court of Criminal Appeals
Acquire Court Transcripts For Appellant

Appellant Jeffrey Maxwell now comes
before the Court of Criminal Appeals to
ask for help in acqiring Appellants Court
Transcripts, Appellant Attorney Richard
Alley SBN 01078010 has refused all request
for Appellants Court Transcripts and the
State Bar has been unable to help in this
matter. Appellant can not continue to
on his appeal with out the Court Transcripts.


Date Sept 7th, 2015    Jeffrey Maxwell
                       # 1765985
                       Robertson Unit
**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**
SEP 11 2015
Abel Acosta, Clerk
                       12071 FM 3522
                       Abilene, Tx 79601

FILED IN
COURT OF CRIMINAL APPEALS
SEP 17 2015
Abel Acosta, Clerk

## Verification

I Jeffrey Maxwell, TDCJ # 01765985 being currently incarcerated in the Robertson Unit of TDCJ-CID in Jones County, Abilene, Texas. Do hereby verify and affirm that the motion are true, correct, signed and dated by me pursuant to Tex. Civ. Prac. and Rem. Code # 132.001-.003 et seq/ title 28 USC # 1746: under penalty of perjury.

Date Sept 7th, 2015

Signed  Jeffrey Maxwell